FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 18, 2020

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARC F.[1], <br><br>　　　　　Plaintiff, <br><br>vs. <br><br>ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY, <br><br>　　　　　Defendant. | No. 1:19-CV-03277-MKD <br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** <br><br>**ECF No. 17, 21** |

　　　　Before the Court is the parties' Stipulated Motion for Remand, ECF No. 21, requesting remand of the above-captioned matter to the Commissioner for additional administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g). Attorney Maren Miller Bam represents Plaintiff. Attorney Jordan

---

[1] To protect the privacy of plaintiffs in social security cases, the undersigned identifies them by only their first names and the initial of their last names. *See* LCivR 5.2(c).

ORDER - 1

Goddard represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 7.

After consideration, **IT IS HEREBY ORDERED** that:

1. The parties' Stipulated Motion for Remand, **ECF No. 21**, is **GRANTED**.

2. The above-captioned case be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the parties stipulate that the ALJ will:

(1) Take any necessary steps to develop the record;
(2) Offer Plaintiff the opportunity for a new hearing;
(3) Reevaluate the medical opinion evidence, including but not limited to the opinions by Dr. Wise, Dr. Dalton, and Dr. Staley.
(4) Reevaluate the third-party statements and Plaintiff's symptoms complaints;
(5) Consider whether Plaintiff meets or equals Listing 11.04b and, in the alternative, reassess Plaintiff's residual functional capacity and whether there are jobs Plaintiff could still perform despite his limitations;
(6) Proceed with the remaining steps of the sequential evaluation process, obtaining additional medical expert or vocational expert testimony, as necessary; and
(7) Issue a new decision.

ECF No. 21 at 2.

3. Judgment shall be entered for **PLAINTIFF**.

4. Plaintiff's Motion for Summary Judgment, **ECF No. 17**, is **STRICKEN AS MOOT**.

ORDER - 2

5. Upon proper presentation, this Court consider Plaintiff's application for fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The District Court Executive is directed to enter this Order, **enter Judgment**, forward copies to counsel, and **CLOSE THE FILE**.

DATED May 18, 2020.

s/Mary K. Dimke<br>
MARY K. DIMKE<br>
UNITED STATES MAGISTRATE JUDGE

ORDER - 3